No. 166, Misc.   WALLACE *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 189, Misc.   DANIELS *v.* ASHE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 190, Misc.   PRICE *v.* RAGEN, WARDEN.   Circuit Court of McLean County, Illinois.   Certiorari denied.

No. 195, Misc.   BRABSON *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 201, Misc.   MACBLAIN *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 203, Misc.   MARTIN *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 50, Misc.   MEREDITH *v.* GOUGH, ACTING WARDEN.   C. A. 5th Cir.   Hiatt, Warden, substituted as party respondent. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman* and *Robert S. Erdahl* for respondent.

No. 19.   PENN *v.* CHICAGO & NORTH WESTERN RAILWAY CO., *ante,* p. 849.   Rehearing denied.

No. 233.   BRODEL *v.* WARNER BROS. PICTURES, INC., *ante,* p. 844.   Rehearing denied.

No. 241.   BLANC *v.* SPARTAN TOOL Co., *ante,* p. 853. Rehearing denied.